**Order entered July 18, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01324-CR

**UNG T. LE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-53089-V**

## ORDER

Before the Court is appellant's July 14, 2017 motion for extension of time to file appellant's brief. We **GRANT** appellant's motion and **ORDER** the brief filed within thirty days of the date of this order.

/s/    LANA MYERS
          JUSTICE